BROOKS, TORREY AND SCOTT, INC. *v.* CONNECTICUT
CONSOLIDATED INDUSTRIES, INC.
(10841)

O'CONNELL, LANDAU and FREEDMAN, Js.

Argued June 10—decision released June 30, 1992

*William T. Shea,* with whom, on the brief, was *Michael T. Landino,* for the appellant-appellee (defendant).

*Geoffrey I. Hecht,* with whom, on the brief, were *Milton A. Caplan, John R. Scanlon* and *Bernard J. Virshup,* for the appellee-appellant (plaintiff).

PER CURIAM. The judgment is affirmed.